IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DENISE ESPARZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-154-L-BK** |
| | § | |
| **NANCY A. BERRYHILL,** | § | |
| **Acting Commissioner of the Social Security** | § | |
| **Commission,** | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

This social security appeal was referred to United States Magistrate Renée Harris Toliver, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 27, 2017, recommending that the court grant Plaintiff's Motion for Summary Judgment (Doc. 14); deny Defendant's Cross-Motion for Summary Judgment (Doc. 15); reverse the final decision of the Commissioner; and remand this action for further proceedings consistent with her Report. No objections to the Report were filed.

After reviewing the motions, briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 14) is **granted**; Defendant's Cross-Motion for Summary Judgment (Doc. 15) is **denied**; the Commissioner's decision is **reversed**; and this case is **remanded** for further proceedings consistent with the magistrate judge's Report.

**Order – Page 1**

**It is so ordered** this 19th day of December, 2017.

_____
Sam A. Lindsay
United States District Judge